**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**ARSELES DEVON MILLER,**

***Petitioner,***

**v.** **Case No.: 4:26cv314-MW/MJF**

**WARDEN,**

***Respondent.***

**____________________________/**

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 11, and has also reviewed *de novo* Petitioner's objections, ECF No. 15. As noted in the report and recommendation, Petitioner's petition, ECF No. 1, presents an unauthorized second or successive § 2254 habeas petition. Petitioner's objections, citing *Castro v. United States*, 540 U.S. 375 (2003), are misplaced. *Castro* stands for the principle that a court may not recharacterize a *pro se* filing to be an *initial* habeas petition without warning or an opportunity to withdraw or amend the filing, as this subjects any subsequent petitions to restrictive conditions under federal law with respect to "second or successive" petitions. *Id*. at 377. But here, Petitioner's habeas petition, ECF No. 1, is not an initial petition for habeas relief. As the Magistrate Judge notes, Petitioner has already filed two § 2254

petitions, the latter of which was dismissed as an unauthorized second or successive petition. *See* ECF No. 11 at 1–2.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 11, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's section 2254 petition is **DISMISSED for lack of jurisdiction** as the petition is an unauthorized second or successive petitioner." Petitioner's motion to amend, ECF No. 12, is **DENIED as moot**. The Clerk shall close the file.

**SO ORDERED on October 6, 2026.**

**s/Mark E. Walker**
**United States District Judge**